1
2
3
4
5
6
7
8       **UNITED STATES DISTRICT COURT**
9       **CENTRAL DISTRICT OF CALIFORNIA**
10
11      GREGORY SANDERS,                    ) Case No. EDCV 09-2016 DMG (JCG)
                                            )
12                    Petitioner,           )
                                            ) **JUDGMENT**
13              v.                          )
                                            )
14      JOHN F. SALAZAR, Warden,            )
                                            )
15                    Respondent.           )
                                            )
16      ─────────────────────────          )
17           IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH**
18      **PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and
19      Recommendation.
20
21
22      DATED:   May 4, 2011
23                                          ─────────────────────────────────────
24                                                    DOLLY M. GEE
                                            UNITED STATES DISTRICT JUDGE
25
26
27
28